**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
U.S. District Court for the District of New Jersey

NATALIE SPENCE

                      Plaintiff,

v.                                         Case No.: 1:19−cv−21490−KMW−SAK
                                         Magistrate Judge Sharon A. King

STATE OF NEW JERSEY, et al.

                      Defendant.

**ORDER OF DISMISSAL**

     This matter having been reported settled and the Court having administratively terminated the action for sixty (60) days so that the parties could submit the papers necessary to terminate the case, see Fed. R. Civ. P. 41(a)(1)(A)(ii), L. Civ. R. 41.1, and the sixty−day time period having passed without the Court having received the necessary papers;

     **IT IS** on this 17th day of January, 2023,

     **ORDERED** that the Clerk of the Court shall reopen the case and make a new and separate docket entry reading "CIVIL CASE REOPENED"; and it is further

     **ORDERED** that this matter be, and the same hereby is, DISMISSED WITH PREJUDICE, and without costs pursuant to Fed. R. Civ. P. 41(a)(2).


                                 /s/ Karen M. Williams
                                 _____
                                 KAREN M. WILLIAMS United States District Judge